**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk III (State Bar No. 320783)
Neal J. Deckant (State Bar No. 322946)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: fklorczyl@bursor.com
       ndeckant@bursor.com
       bscott@bursor.com

*Attorneys for Plaintiff*

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE MCCARTHY, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br>v.<br><br>ELIXINOL, LLC, A Colorado Limited Liability Company,<br><br>                            Defendant. | Case No. 5:19-cv-07948-LHK<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:  Hon. Lucy H. Koh |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiff Michele McCarthy hereby dismisses, without prejudice, all claims against Defendant.  Each party shall bear its own costs.

Dated:  May 7, 2020                    Respectfully Submitted,

**BURSOR & FISHER, P.A**.

By:   */s/ Frederick J. Klorczyk III*
          Frederick J. Klorczyk III

Frederick J. Klorczyk III (State Bar No. 320783)
Neal J. Deckant (State Bar No.  322946)
Brittany S. Scott (State bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: fklorczyk@bursor.com
              ndeckant@bursor.com
              bscott@bursor.com

**KOHN, SWIFT & GRAF, P.C.**
Jonathan Shub (State Bar No. 237708)
Kevin Laukaitis *(Pro Hac Vice)*
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700
E-Mail: jshub@kohnswift.com
              klaukaitis@kohnswitft.com

**BARBAT, MANSOUR & SUCIU PLLC**
Nick Suciu III *(Pro Hac Vice)*
1644 Bracken Rd.
Bloomfield Hills, MI 48302
Telephone: (313) 303-3472
E-Mail: nicksuciu@bmslawyer.com

**GREG COLEMAN LAW PC**
Gregory F. Coleman *(Pro Hac Vice)*
Rachel Soffin *(Pro Hac Vice)*
Justin G. Day *(Pro Hac Vice)*
First Tennessee Plaza
800 S. Gay Street, Suite 1100

|   |   |
|---|---|
| 1 | Knoxville, TN 37929 |
| 2 | Telephone: (865) 247-0080 |
|   | E-Mail: greg@gregcolemanlaw.com |
| 3 | *Attorneys for Plaintiff* |